

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2018

No. 04-17-00740-CR

The State of **TEXAS**,
Appellant

v.

Dyandra Christine **YSASSI**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 485307
Honorable John Longoria, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due February 5, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court